# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**WONZEL BOYD,**

                **Plaintiff,**

-vs-                                                  **Case No. 6:06-cv-1566-Orl-28KRS**

**R & I TRUCKING, INC., RICHARD RANSOM,**

                **Defendants.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment (Doc. No. 20) filed March 27, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 12, 2007 (Doc. No. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Joint Motion for Approval of Settlement Agreement as Stipulated Final Judgment is **GRANTED**.

    3.    The settlement agreement is **APPROVED**.

    4.    This case is dismissed with prejudice.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __30__ day of April, 2007.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party