UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WONZEL BOYD,

                        Plaintiff,

-vs-                                              Case No. 6:06-cv-1566-Orl-28KRS

R & I TRUCKING, INC., RICHARD RANSOM,

                        Defendants.

## ORDER

This case is before the Court on the Notice to the Court of Nonpayment of Settlement and Motion to Compel (Doc. No. 25) filed July 2, 2007. The United States Magistrate Judge has submitted a report recommending that the motion be granted if the Court elects to exercise ancillary jurisdiction and denied if the Court elects not to do so.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 9, 2007 (Doc. No. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Court elects to exercise ancillary jurisdiction and **GRANTS** the Motion. Judgment shall be entered against the Defendants, R&I Trucking, Inc. and Richard Ransom,

jointly and severally, in the amount of $6,000.00 as of March 16, 2007, *nunc pro tunc*, consistent with the terms of the settlement agreement.

3. The Clerk is directed to enter judgment in favor of Plaintiff in accordance with the terms outlined above and thereafter to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 4 day of December, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party